UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HARRY CONSTABLE, aka BRITTANY H. CONSTABLE,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MCCOMBRE,<br><br>Defendant. | Case No. 25-cv-02066-PCP<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at Kern Valley State Prison, in Delano, California, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See* Dkt. No. 1. Petitioner's filing also appears to raise civil rights claims. *See id*. Specifically, Petitioner challenges a conviction from San Joaquin County Superior Court; the conditions of Petitioner's confinement at Kern Valley State Prison, California State Prison – Sacramento, and California State Prison – Stockton; and for an attack that Petitioner suffered in a San Joaquin County courthouse. *See id*. at 3, 4, 6, 9, 10, 20.

To the extent Petitioner intends to pursue a habeas action, relief must be sought from the Eastern District of California. Although venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), petitions challenging a conviction or sentence are preferably heard in the district of conviction, Habeas L.R. 2254-3(b)(1). *See also Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because Petitioner challenges a conviction from San Joaquin County, the Eastern District of California is the district of conviction and that District is the appropriate venue for any habeas claims. *See* 28 U.S.C. § 84(b).

To the extent Petitioner intends to pursue civil rights claims, relief must be sought from the Eastern District of California. The acts complained of in this lawsuit occurred in the Eastern

District of California. *See generally* Dkt. No. 1. Venue for any civil rights claims therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b) (explaining that venue is appropriate in a judicial district where any defendant resides or where the events at issue occurred).

Because the Eastern District of California is the appropriate venue whether the instant action is construed as a habeas petition or as a civil rights lawsuit, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 1, 2025

P. Casey Pitts
United States District Judge