UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY H. CONSTABLE,<br>Petitioner,<br>v.<br>JEFF McCOMBRE,<br>Respondent. | Case No. 2:25-cv-2848-DJC-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2026, are adopted in full;

2. The amended petition, ECF No. 19, is DISMISSED as unexhausted;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2);

4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE